English | Español                                                     Log Out   Settings

## MOUNTAIN AMERICA
CREDIT UNION



Dashboard   **Accounts**   Transfer & Pay   Loans & New Accounts   Financial Health   Security & Settings   Support

# Accounts

**2021 BUICK ENCORE** ✏                                                    Current Balance

                                                                          **$16,167.73**

**Transactions    Account Details    Analytics**

( Pay Now )

| | |
|---|---|
| NICKNAME | 2021 BUICK ENCORE |
| ACCOUNT NUMBER | **** |
| SHARE | 0002 |
| OPEN SINCE | 02/05/2026 |
| STANDARD APR | 7.490% |
| OPENING BALANCE | $16,583.96 |
| CURRENT BALANCE | $16,167.73 |
| LAST PAYMENT DATE | 04/28/2026 |
| NEXT PAYMENT DATE | 06/03/2026 |
| PAYMENT DUE | $274.01 |

Routing number: *

1-800-748-4302

English | Español

Log Out   Settings



Dashboard   **Accounts**   Transfer & Pay   Loans & New Accounts   Financial Health   Security & Settings   Support

# Accounts

**SIGNATURE LOAN - FIXED** ✎

**0006**

Current Balance

**$18,429.97**

**Transactions**   **Account Details**   **Analytics**

Pay Now

| | |
|---|---|
| **NICKNAME** | SIGNATURE LOAN - FIXED |
| **ACCOUNT NUMBER** | **** |
| **SHARE** | 0006 |
| **OPEN SINCE** | 05/29/2025 |
| **STANDARD APR** | 15.240% |
| **CURRENT BALANCE** | $18,429.97 |
| **PAYOFF AMOUNT** | $18,699.01 |
| **LAST PAYMENT DATE** | 04/28/2026 |
| **NEXT PAYMENT DATE** | 07/03/2026 |
| **AMOUNT DUE** | $404.05 |

Routing number

1-800-748-4302